UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROY BRENNAN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| POLICE OFFICER B.T. MOREY, STAR | ) Case No. 2:15-cv-2106 |
| NO. 1361, POLICE OFFICER T.M. TOOL, | ) |
| STAR NO. 1260, Individually, and CITY | ) |
| OF DECATUR, | ) |
| | ) |
| Defendants. | ) |

## STIPLUATION OF PENDING SETTLEMENT

Plaintiff Roy E. Brennan, by his attorney David Lipschultz, and Defendants Decatur Police Officers B.T. Morey and T.M. Tool, and the City of Decatur, by their attorney John T. Robinson stipulate that they have reached an agreement to settle this case, that the terms of the agreement have been reduced to a writing acceptable to the parties, that the Agreement requires the parties to file with the Court a Stipulation for Dismissal, and requires Defendants to produce the settlement proceeds within 30 days of execution of the Agreement.

The parties further stipulate that Plaintiff's counsel represents his former firm has agreed to waive any claim it may have to the settlement proceeds, and that both counsel upon diligent search have identified no other lien issues.

The parties further stipulate that they do not object to the cancellation of all future court dates in this matter, including trial and final pre-trial settings, and that there is no reason for the Court to rule on any pending matters in this cause.

1

SO STIPULATED AND AGREED:

ROY E. BRENNAN, Plaintiff, By:

DECATUR POLICE OFFICERS B.T. MOREY, T.M. TOOL, and THE CITY OF DECATUR, Defendants, by:

/s/ David S. Lipschultz
David S. Lipschultz, Attorney for Plaintiff

/s/ John T. Robinson
John T. Robinson, Attorney for Defendants

Prepared By:
JOHN T. ROBINSON
ARDC No.: 6186220
Assistant Corporation Counsel
One Gary K. Anderson Plaza
Decatur, Illinois 62523
Telephone: 217/424-2807
Fax; (217) 424-2807
Email: jrobinson@decaturil.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROY BRENNAN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| POLICE OFFICER B.T. MOREY, STAR NO. 1361, POLICE OFFICER T.M. TOOL, STAR NO. 1260, Individually, and CITY OF DECATUR, | ) Case No. 2:15-cv-2106 ) ) ) ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2017, I electronically filed the foregoing STIPLUATION OF PENDING SETTLEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David S. Lipschultz
david@dsllawoffice.com

BY: /s/ John T. Robinson
JOHN T. ROBINSON
ARDC No.: 6186220
Assistant Corporation Counsel
One Gary K. Anderson Plaza
Decatur, Illinois 62523
Telephone: 217/424-2807
Fax; (217) 424-2807
Email: jrobinson@decaturil.gov

3