UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROY BRENNAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POLICE OFFICER B.T. MOREY, STAR )<br>NO. 1361, POLICE OFFICER T.M. TOOL, )<br>STAR NO. 1260, Individually, and CITY )<br>OF DECATUR, )<br>)<br>Defendants. ) | Case No. 2:15-cv-2106 |

## STIPULATION FOR DISMISSAL

NOW COMES Plaintiff Roy Brennan, by his attorney David S. Lipschultz, and Defendants Decatur Police Officers B.T. Morey and T.M. Tool, and the City of Decatur, by their attorney John T. Robinson, Assistant Corporation Counsel, stipulating and agreeing that this cause shall be dismissed with prejudice.

ROY BRENNAN, PLAINTIFF                POLICE OFFICER B.T. MOREY, STAR NO.
                                      1361, POLICE OFFICER T.M. TOOL, STAR
                                      NO. 1260, Individually, and CITY OF
                                      DECATUR, DEFENDANTS,

By: /s/ David S. Lipschultz           By: /s/ John T. Robinson
    David S. Lipschultz                   John T. Robinson
    Attorney for Plaintiff                Assistant Corporation Counsel

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROY BRENNAN, | ) |
|           Plaintiff, | ) |
| vs. | ) |
| POLICE OFFICER B.T. MOREY, STAR NO. 1361, POLICE OFFICER T.M. TOOL, STAR NO. 1260, Individually, and CITY OF DECATUR, | ) Case No. 2:15-cv-2106 |
|           Defendants. | ) |

## ORDER

Pursuant to the written Stipulation for Dismissal by the parties, this cause is hereby dismissed with prejudice.

DATE: _____    ENTER: _____
                                                                                                         Judge